128878(161)(162)

46TH CIRCUIT TRIAL COURT,
        Plaintiff, Counter-Defendant,
        Third-Party Plaintiff-Appellee,

v

COUNTY OF CRAWFORD and CRAWFORD
COUNTY BOARD OF COMMISSIONERS,
        Defendants, Counter-Plaintiffs,
        Third-Party Plaintiffs-Appellants,
and

COUNTY OF KALKASKA,
        Intervening Defendant,
        Counter-Plaintiff, Third-Party
        Plaintiff-Appellant,
and

COUNTY OF OTSEGO,
        Third-Party Defendant.
_____/

SC: 128878
COA: 254179
Crawford CC: 02-005951-CZ

On order of the Court, the motions for immediate consideration and to expedite the briefing schedule are GRANTED. MCR 7.309(C). Appellants' brief and appendix must be filed no later than February 15, 2006. Appellee's brief and appendix, if appellee chooses to file an appendix, must be filed no later than March 13, 2006. If appellants choose to submit a reply brief, it shall be filed no later than March 27, 2006. Briefs and appendixes are to be served on opposing lead counsel by hand delivery or by such other means as assures delivery not later than one day after the filing date. We direct the Clerk of the Court to place this case on the April 2006 session calendar for argument and submission.